No. 3413. — Roig Commercial Bank, Aplda., *v.* Sucn. de E. Lugo Viñas, Aplte.—C. D. San Juan, Distrito 1º. Nov. 17, 1924. Apareciendo que si bien se está tramitando en este caso en cobro de dinero, resuelto en rebeldía de los demandados, una exposición del caso en la corte inferior, tal exposición es improcedente de acuerdo con la jurisprudencia establecida por esta corte entre otros en el caso de *López* v. *Sucesión López Martínez,* 19 D.P.R. 1131, y que han transcurrido más de 30 días desde que se interpuso dicha apelación sin que se haya presentado la transcripción de autos en este tribunal, *se desestima* el recurso.

No. 3447.—Banco Comercial de Puerto Rico, Apldo., *v.* Guillermety et al., Apltes.—C. D. San Juan, Distrito 1º. Nov. 17, 1924. Desestimado el recurso a instancia del apelado por no haberse perfeccionado en tiempo la apelación no habiéndose impugnado tampoco la moción de desestimación.

No. 2359.—El Pueblo, Apldo., *v.* Cruz, Aplte.—C. D. Humacao. Escalamiento primer grado. Nov. 18, 1924. No apareciendo que se haya cometido error fundamental alguno, se confirma la sentencia apelada.

No. 3475. — Cancela, Apldo., *v.* Pellot, Aplte. — C. D. Aguadilla. Cobro de dinero. Nov. 18, 1924. Apareciendo que se registró sentencia en este caso en rebeldía de la apelante quien está tramitando una exposición del caso en el tribunal inferior para la apelación; teniendo en cuenta que tal exposición del caso no es procedente por no haberse practicado prueba, según hemos resuelto en varias decisiones, *López* v. *Sucesión López Martínez,* 19 D.P.R. 1131, y que han transcurrido más de 30 días desde que se interpuso la apelación sin que se haya presentado la transcripción de autos en este tribunal, se desestima el recurso.